WILLIAM S. DE CAMP, Individually and as Trustee under the Will of JULIA L. DE CAMP, Deceased, Appellant, *v.* EDWARD M. BURNS et al., Respondents.

*De Camp* v. *Burns,* 43 App. Div. 623, affirmed.
(Argued December 9, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 19, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*C. D. Adams* for appellant.

*Charles E. Snyder* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

DANIEL E. SHONGO, Appellant, *v.* JOHN MILLER et al., Respondents.

*Shongo* v. *Miller,* 45 App. Div. 339, affirmed.
(Argued December 9, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1899, affirming a judgment in favor of defendants entered upon the report of a referee.

*Charles Van Voorhis,* for appellant.

*George W. Cole* and *C. D. Davie,* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ,